**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7001

CHARLES EDWARD THOMAS,

        Plaintiff - Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JON OZMINT, Former
Prison Director; MEDICAL DIVISION; FINANCIAL DIVISION,

        Defendants – Appellees,

    and

BUDGET CONTROL; SOUTH CAROLINA LOCAL GOVERNMENT, In their
individual and official capacities,

        Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(0:14-cv-04903-DCN)

Submitted:  September 9, 2015      Decided:  September 14, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Edward Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Thomas appeals the district court's order adopting the magistrate judge's recommendation to dismiss, after a 28 U.S.C. § 1915 (2012) review, Thomas' claims brought pursuant to 42 U.S.C. § 1983 (2012); the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12300 (2012); the Rehabilitation Act, 29 U.S.C. §§ 701-796*l* (2012); and the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. §§ 1320d to 1320d-9 (2012), and declining to exercise supplemental jurisdiction over Thomas' state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Thomas v. S.C. Dep't of Corr., No. 0:14-cv-04903-DCN (D.S.C. June 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2